**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00976-CV

### ACE CASH EXPRESS, INC., Appellant

### V.

### SENTHILKUMAR RAMANATH, ET AL., Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01709-2014**

## ORDER

We **GRANT** appellant's September 24, 2014 motion for an extension of time to file a brief. Appellant shall file its brief **on or before OCTOBER 29, 2014**. We caution appellant that no further extension will be granted in this accelerated absent extraordinary circumstances.


/s/     ELIZABETH LANG-MIERS
        JUSTICE